RICHARD D. ROBENS, Respondent, *v.* CHARLES R. BARRETT, Appellant.

(Argued October 19, 1894 ; decided November 2, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made November 22, 1892, which reversed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*J. W. Crane* for appellant.

*Will W. Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THOMAS F. OAKES, Appellant, *v.* EDWARD F. DE LANCEY, Respondent.

(Argued October 19, 1894 ; decided November 2, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 28, 1893, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Artemas H. Holmes* for appellant.

*Martin J. Keogh* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.